

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00316-CV

**35 BAR & GRILL LLC** d/b/a San Antonio Men's Club,
Appellant

v.

**TEXAS ALCOHOLIC BEVERAGE COMMISSION**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-04177
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED February 14, 2024.

_____
Beth Watkins, Justice